IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RACHEL O. LUCKY, DIVINE N. LUCKY, FAVOUR C. LUCKY, AND ISIOMA L. LUCKY<br><br>PLAINTIFFS,<br><br>v.<br><br>UR MENDOZA JADDOU, DIRECTOR OF CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:23-cv-04034-MLB |

## ORDER GRANTING EXTENSION OF TIME

This matter came before the Court on Defendants' Unopposed Motion for Enlargement of Time ("Motion"), which seeks an extension to file a responsive pleading or motion to Plaintiffs' Complaint (ECF No. 1). For good cause shown, it is hereby ORDERED that the Motion is GRANTED and that Defendants may file a responsive pleading or motion through and including May 31, 2024.

SO ORDERED this 2nd day of May, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE