IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RACHAEL O. LUCKY, DIVINE N.
LUCKY, FAVOUR C. LUCKY,
AND ISIOMA L. LUCKY,

      Civil Action No.
      1:23-CV-04034-MLB

PLAINTIFFS,

*v.*

UR MENDOZA JADDOU, ET AL.,

DEFENDANTS.

## ORDER

Having read and considered Defendants' Unopposed Motion for Extension of Time to file a responsive pleading to Plaintiffs' Amended Complaint, for good cause shown, and without opposition from Plaintiffs, it is hereby ORDERED that Defendants shall be granted a three-week extension of time to file a responsive pleading to the Amended Complaint, through and including December 3, 2024.

SO ORDERED this 14th day of November, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE