IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RACHAEL O. LUCKY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UR MENDOZA JADDOU, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:23-cv-04034-TRJ |

# ORDER

Having read and considered the parties' Joint Motion for Relief and to Stay All Litigation Deadlines, and for good cause shown, it is hereby **ORDERED** that the parties' obligations to comply with Local Rules 16.2 and 26.1 shall be stayed along with all applicable litigation deadlines. In addition, the parties, having agreed to a briefing schedule in this Administrative Procedure Act case, are hereby **ORDERED** to file in accordance with the following deadlines and page limitations:

1. No later than January 31, 2025, Defendants shall file the certified administrative record in this case;

2. No later than March 7, 2025, Plaintiffs shall file their opening brief, with leave to file a brief up to 30 pages in length;

3. No later than April 11, 2025, Defendants shall file a brief in response and opposition to Plaintiffs' opening brief, with leave to file a brief up to 30 pages in length; and

4. No later than May 9, 2025, Plaintiffs may file a reply brief, with leave to file a brief up to 15 pages in length.

SO ORDERED, this 14th day of January, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge

2